DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
JULIO AISPURO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HECTOR FRANCISCO ESPINOSA et al.,<br><br>          Defendants. | No. CR-S-10–96 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

It is hereby stipulated and agreed to between Julio Aispuro and Hector Francisco Espinoza by and through their respective counsel, Dwight M. Samuel and Hortensia Irene Aranguren-Rojo and United States of America, by and through Jill Thomas, Assistant United States Attorney, that the status conference presently set for Friday, June 11, 2010 be vacated and rescheduled for a status conference on Friday, July 23, 2010, at 10:00 a.m.

It is further stipulated that the period from the date of this stipulation, June 11, 2010, through and including July 23, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for preparation of defense counsel.

Respectfully submitted,

Dated: June 11, 2010

        /s/ Dwight M.. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Julio Aispuro

Dated: June 11, 2010

        /s/ Hortensia Irene Aranguren-Rojo [1]
        HORTENSIA IRENE ARANGUREN-ROJO
        Attorney for Defendant, Jose Mendoza-Garcia

Dated: June 11, 2010

        /s/ Jill Thomas [2]
        JILL THOMAS
        Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 10, 2010

        /s/ Edward J. Garcia
        EDWARD J. GARCIA
        United States District Judge

---

[1] Signed per phone authorization.

[2] Signed per phone authorization.