Case 2:10-cr-00096-EJG          Document 19

**H. IRENE ARANGUREN-CBN: 158994**
**LAW OFFICE OF H. IRENE ARANGUREN**
**3205 SANTA ANITA AVENUE, SUITE B**
**EL MONTE, CALIFORNIA 91733**
**Telephone No.: 626.448.7404**
**Facsimile No.:  626.443.2232**

**Attorney for Defendant, HECTOR FRANCISCO ESPINOZA,**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the matter of:**                ) | CASE NO.:   CR-S-10-96 EJG |
| ) | |
| **UNITED STATES OF AMERICA,**    ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| ) | CONFERENCE |
| **Plaintiff,**              ) | |
| ) | OLD DATE   :  July 23, 2010 |
| **vs.**                  ) | TIME           :  10:00 A.M. |
| ) | |
| **HECTOR FRANCISCO ESPINOZA,**  ) | |
| ) | NEW DATE  :  September 10, 2010 |
| ) | TIME           :  10:00 A.M. |
| **Defendants.**           ) | |
| ) | Honorable Edward J. Garcia |
| _____) | |

  **It is hereby stipulated and agreed to between Julio Aispuro and Hector Francisco Espinoza by and through their respective counsel, Dwight M. Samuel and Hortensia Irene Aranguren-Rojo and United States of America, by and through Jill Thomas, Assistant Untied States Attorney,** that the status conference presently set for Friday, July 23, 2010 be vacated and rescheduled for a status conference on Friday, September 10, 2010, at 10:00 A.M.

  It is further stipulated that the period from the date of this stipulation, July 22, 2010, through and including September 10, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, Pursuant to 18 U.S.C Section 3161(h)(7)B(iv) and Local Code T-4 for preparation of defense counsel.

_____-1-_____
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

Respectfully submitted,


DATED: July 22, 2010                    /s/ Dwight M. Samuel (1)
    DWIGHT M. SAMUEL,
    Attorney for Defendant,
    Julio Aispuro,


DATED: July 22, 2010                    /s/ Hortensia Irene Aranguren-Rojo
    HORTENSIA IRENE ARANGUERN-ROJO,

    Attorney for Defendant,
    Hector Francisco Espinosa,


DATED: July 22, 2010                    /s/ Jill Thomas (2)
    JILL THOMAS,
    Attorney United States Attorney,


**IT IS SO ORDERED**


DATED: July 22, 2010                   /s/ Edward J. Garcia
    EDWARD J. GARCIA,
    United States District Judge.


_____
  (1) Signed per phone authorization
  (2) Signed per phone authorization

-2-
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address in 3205 Santa Anita Avenue, Suite B, El Monte, California 91733.

On July 22, 2010, I personally served by emailing the foregoing documents prescribed as STIPULATION AND ORDER CONTINUING STATURS CONFERNCE on the interested parties in this action by emailing a true copy from El Monte, California, addressed as follows:

MR. DWIGHT M. SAMUEL
ATTORNEY FOR DEFENDANT, JULIO AISPURO
Email Address: dwightsamuelatty@yahoo.com


MS. JILL THOMAS
ASSISTANT UNITED STATES ATTORNEY
Email Address: Jill.Thomas@usdoj.gov

Executed on July 22, 2010, at El Monte, California.

[ ]     (State) I declare under penalty of perjury, under the laws of the State of California.

[X]     (Federal) I declare that I am employed in the office of a member of the bar this court at whose direction the service was made.

[X]     Electronically (Email) I caused such documents to be transmitted by email to the addressee at the email addresses indicated above.


_____
**VALENTINA MARTINEZ**