DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
JULIO AISPURO


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10–96 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| HECTOR FRANCISCO ESPINOSA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Julio Aispuro and  Hector Francisco Espinoza by and through their respective counsel, Dwight M. Samuel and Hortensia Irene Aranguren-Rojo and United States of America, by and through Jill Thomas, Assistant United States Attorney, that the status conference presently set for Friday, September 10, 2010 be vacated and rescheduled for a status conference on Friday, October 22 , 2010, at 10:00 a.m.

It is further stipulated that the period from the date of this stipulation, September 8, 2010, through and including October 22 , 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for preparation of defense counsel.

1  Respectfully submitted,

2  Dated: September 8, 2010

3                                    /s/ Dwight M.. Samuel
                                     DWIGHT M. SAMUEL
4                                    Attorney for Defendant, Julio Aispuro
   Dated: September 8, 2010
5
                                     /s/ Hortensia Irene Aranguren-Rojo [1]
6                                    HORTENSIA IRENE ARANGUREN-ROJO
                                     Attorney for Defendant, Jose Mendoza-Garcia
7

8  Dated: September 8, 2010
                                     /s/ Jill Thomas[2]
9                                    JILL THOMAS
                                     Assistant United States Attorney
10  IT IS SO ORDERED.

11

12  Dated: September   8, 2010

13

14

15                                   /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
16                                   United States District Judge

17

18

19

20

21

22

23

24

25

26  _____

27  [1] Signed per phone authorization.

28  [2] Signed per phone authorization.