BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781



FILED
MAR 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-96 EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO UNSEAL |
| ) | |
| HECTOR FRANCISCO ESPINOZA, ) | |
| OMAR ARMANDO ALVAREZ-AISPURO, ) | |
| aka Francisco Armando Campos-Urias,) | |
| and ) | |
| JULIO CESAR ELIZARDE-AISPURO, ) | |
| ) | |
| Defendants. ) | |

The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to seal the Superseding Indictment, and this Order, in the above-referenced case shall be unsealed.

DATED:

3-8-11

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge