HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HECTOR FRANCISCO ESPINOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR FRANCISCO ESPINOZA,<br><br>Defendant. | No.  Cr. S 10-96 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE– POTENTIAL RELEASE DATE, NOVEMBER 1, 2015<br><br>Judge:  Honorable  WILLIAM B. SHUBB |

Defendant, HECTOR FRANCISCO ESPINOZA, by and through his attorney, Assistant Federal Defender Hannah Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 15, 2011, this Court sentenced Mr. Espinoza to a term of 105 months;

3. His total offense level was 37, his criminal history category was I, and the resulting guideline range was 210 to 262 months.  He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Espinoza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Espinoza's total offense level has been reduced from 37 to 35, and his amended guideline range is 168 to 210 months; a reduction comparable to the one received at the initial sentencing would produce a term of 84 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Espinoza's term of imprisonment to 84 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  July 24, 2015                                         Dated:   July 24, 2015

BENJAMIN B. WAGNER                                   HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender


 /s/ *Jason Hitt*                                                   /s/ *Hannah Labaree*
JASON HITT                                                       Hannah Labaree
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                           Attorney for Defendant
UNITED STATES OF AMERICA                        HECTOR FRANCISCO ESPINOZA


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Espinoza is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 168 to 210 months. Considering that the original sentence was based primarily upon the United States Attorney's motion for a 50% reduction from the bottom of the guidelines based upon defendant's substantial assistance, and the United States Attorney's new recommendation is for a 50% reduction from the bottom of the amended guidelines,  the court

1   concludes that an amended sentence of 84 months as requested by the parties is fair and
2   reasonable pursuant to 18 U.S.C. § 3553(a).
3          IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2011 is
4   reduced to a term of 84 months.
5          IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
6   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
7   reduction in sentence, and shall serve certified copies of the amended judgment on the United
8   States Bureau of Prisons and the United States Probation Office.
9          Unless otherwise ordered, Mr. Espinoza shall report to the United States Probation Office
10  within seventy-two hours after his release.
11  Dated:  October 15, 2015

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE